UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 09-60318 |
| Jeanetta L. Kreg, | : | Chapter 13 |
| Debtor | : | Judge John E. Hoffman, Jr. |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Jeffrey P. Norman, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: 5/13/2014                /s/ Jeffrey P. Norman
                                                         Jeffrey P. Norman (SBOT# 15080700)
                                                         Chapter 13 Trustee
                                                         10 W. Broad Street, Suite 900
                                                         Columbus, OH 43215
                                                         614-420-2555 telephone
                                                         614-420-2550 facsimile
                                                         jeff.norman@ch13columbus.com

| Name and Address | Amount |
|---|---|
| Credit One Bank | $31,884.51 |
| PO Box 60500 | |
| City of Industry, CA 91716 | |